LAW OFFICES OF MARK YABLONOVICH
Mark Yablonovich, Esq., SBN 186670
mark@yablonovichlaw.com
Neda Roshanian, Esq., SBN 225337
neda@yablonovichlaw.com
Michael Coats, Esq., SBN 258941
michael@yablonovichlaw.com
1875 Century Park East, Suite 700
Los Angeles, California 90067-2508
Telephone: (310) 286-0246 • Fax: (310) 407-5391

Attorneys for Plaintiff Eric Clarke

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| ERIC CLARKE, individually, and on behalf of other members of the general public similarly situated,<br><br>                  Plaintiff,<br><br>     vs.<br><br>FIRST TRANSIT, INC., a Delaware corporation; FIRST TRANSIT TRANSPORTATION LLC, a Delaware limited liability company; FIRSTGROUP AMERICA, INC., a Florida corporation; FIRST TRANSIT TRANSPORTATION, a business entity form unknown; FIRSTGROUP AMERICA COMPANY, a business entity form unknown; and DOES 1 through 10, inclusive,<br><br>                  Defendants. | Case No.:  CV 07-06476 GAF (MANx)<br><br>Assigned to the Hon. Gary A. Feess<br><br>ORDER ON<br>**STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |

STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE

# STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Eric Clarke ("Plaintiff") and Defendants First Transit, Inc., First Transit Transportation, LLC, First Group America, Inc, and First Transit Transportation (formerly known as First Group America Company) ("Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on August 13, 2007, Plaintiff filed a Class Action Complaint in the Superior Court of Los Angeles, Case No. BC375810 (the "Class Action");

**WHEREAS**, on October 4, 2007, Defendants removed the Class Action to the United States Federal Court for the Central District of California, Case No. CV 07-06476 GAF (MANx);

**WHEREAS**, pursuant to FRCP 41(a)(1)(A)(ii), the Class Action may be dismissed by stipulation of the parties without a Court Order.

NOW THEREFORE, it is hereby stipulated and agreed between the Plaintiff and Defendants that the Class Action shall be dismissed without prejudice both as to Plaintiff as an individual as well as to the class as a whole.  Plaintiff and Defendants shall bear their own fees and costs in connection with the Class Action with the exception of such fees and costs as the Court may award Defendants in relation to Defendants' Motion for an Order Imposing Sanctions for Initiative Legal Group's Violations of the Court's May 6, 2011 Protective Order and Breaches of Ethical Obligations.

//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  October 4, 2012 | Law Offices of Mark Yablonovich |
| 3 | | |
| 4 | | By: /s/ Neda Roshanian |
| 5 | | Mark Yablonovich<br>Neda Roshanian<br>Michael Coats |
| 6 | | |
| 7 | | Attorneys for Plaintiff Eric Clarke |
| 8 | | |
| 9 | Dated:  October 4, 2012 | Littler Mendelson |
| 10 | | |
| 11 | | By: /s/ David Dow<br>David Dow |
| 12 | | |

**IT IS SO ORDERED.**

**DATED:** October 13, 2012

_____
**UNITED STATES DISTRICT JUDGE**

---

2
STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE