UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC CLARKE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST TRANSIT, INC., a Delaware corporation; FIRST TRANSIT TRANSPORTATION LLC, a Delaware limited liability company; FIRSTGROUP AMERICA, INC.; a Florida corporation; FIRST TRANSIT, a business entity form unknown, FIRST TRANSIT TRANSPORTATION, a business entity form unknown; FIRSTGROUP AMERICA COMPANY, a business entity form unknown; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 07-06476 GAF (JCGx)<br><br>The Honorable Gary A. Feess<br>U.S. District Court Judge Presiding<br><br>**JUDGMENT OF CONTEMPT** |

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

[PROPOSED] JUDGMENT OF CONTEMPT    Case No. CV 07-06476 GAF (JCGx)

On August 27, 2012, the Court heard (1) Defendant First Transit, Inc.'s Motion for an Order Imposing Sanctions for Initiative Legal Group's Violation of the Court's May 6, 2011 Protective Order and Breaches of Ethical Obligations and (2) the Motion to Intervene filed by Isaac Hernandez, Steven Bax and Cecil French, Jr. On November 2, 2012, the Court entered its Order Re: Defendants' Motion for Sanctions, Intervenors' Motion to Intervene (Docket No. 142), in which Order the Court GRANTED the Motion to Intervene and GRANTED Defendants' Motion for Sanctions, finding that Initiative Legal Group APC ("Initiative Legal Group") had violated the Stipulated Protective Order by using confidential putative class member information to solicit clients for a new lawsuit— *Flores, et al. v. First Transit, Inc., et al.*, Central District of California Case No. CV 12-03309 GAF (JCGx). The Court further found, by clear and convincing evidence, that Initiative Legal Group was in CONTEMPT for the violation of the Stipulated Protective Order.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Initiative Legal Group violated the Stipulated Protective Order by using confidential putative class member information to solicit clients for the *Flores* action and that Initiative Legal Group is in CONTEMPT for said violation.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court as follows:

(1) Initiative Legal Group is disqualified from representing any person who received the January 2012 solicitation letter by virtue of its use of the confidential contact information in any action against First Transit;

(2) Initiative Legal Group must submit to the Court and to First Transit's counsel within ten (10) days of the entry of this Judgment a list of the names of the *Clarke* putative class members to whom solicitation letters were sent using the confidential information;

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

JUDGMENT OF CONTEMPT 1. Case No. CV 07-06476 GAF (JCGx)

(3) Initiative Legal Group is required to dismiss *Flores, et al. v. First Transit, Inc., et al.*, Central District of California Case No. CV 12-03309 GAF (JCGx);

(4) Initiative Legal Group is required to submit for the Court's approval, within ten (10) days of the entry of this Judgment, a notice to be sent to the solicited persons, notifying them that (a) Initiative Legal Group has been disqualified from representing them because it has violated the Stipulated Protective Order and (b) the *Flores* action has been dismissed; and

(5) Pursuant to Federal Rule of Civil Procedure 37(b)(2)(C), Initiative Legal Group is required to pay First Transit its costs and reasonable attorneys' fees in filing the Motion for Sanctions in the amount of $21,915.00.

Dated: November 21, 2012

_____
GARY A. FEESS
UNITED STATES DISTRICT COURT JUDGE

Firmwide:115848263.2 070993.2007

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

JUDGMENT OF CONTEMPT    2.    Case No. CV 07-06476 GAF (JCGx)